# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK WHEATEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLETON, et al.,<br><br>　　　　　Defendants. | **Case No. 1:18-cv-00885-JLT (PC)**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS***<br><br>**(Doc. 1)** |

Plaintiff, Derrick Wheaten, is a former federal prisoner proceeding *pro se* in this action under the Federal Tort Claims Act. The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court reviewed the financial status affidavit (Doc. 3), and finds the requirements of 28 U.S.C. § 1915(a) are satisfied. Therefore, Plaintiff's request to proceed *in forma pauperis* is **GRANTED**.

IT IS SO ORDERED.

　Dated:　**July 16, 2018**　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE