1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    DERRICK WHEATEN,                        Case No.  1:18-cv-00885-JLT (PC)

12                    Plaintiff,              **ORDER LIFTING STAY AND SETTING
                                              DEADLINE FOR DEFENDANTS TO**
13          v.                                **RESPOND TO THE COMPLAINT**

14    RUBEN CASANOVA, et al.,                 45-DAY DEADLINE

15                    Defendants.

16

17

18          Though Plaintiff opted into the Court's Post-Screening ADR Project (Doc. 25),

19    Defendants opted out (Doc. 26).  Accordingly, within 45 days of the date of service of this order

20    Defendants SHALL file a response to the Compliant.

21

22    IT IS SO ORDERED.

23       Dated:    **May 28, 2019**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28