# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK WHEATEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KNOLL, et al.,<br><br>　　　　　　Defendants. | **Case No. 1:18-cv-00885-JLT (PC)**<br><br>**ORDER FOR PLAINTIFF TO SUBMIT ADDITONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS ON M. CAPOCCIAMA**<br><br>**(Doc. 21)**<br><br>**21-DAY DEADLINE** |

On April 24, 2019, the U.S. Marshal returned the unexecuted summons for defendant M. Capocciama. (Docs. 21.) The Marshal reportedly received information that this defendant no longer works for the Federal Board of Prisons, that there was no forwarding information, that it was provided neither a full name nor identifiers, and it was unable to locate this defendant. (*Id.*) Thus, the Court gives Plaintiff opportunity to provide all additional information to assist in identifying and locating this Defendant.

///
///
///
///
///
///

Accordingly, **within 21 days** from the date of this order, Plaintiff **SHALL** provide additional information as to where M. Capocciama may be located and/or to assist in the identification of this defendant. Plaintiff's failure to comply with this order will result in recommendation that M. Capocciama be dismissed from this action pursuant to Rule 4(m).

IT IS SO ORDERED.

Dated: **June 26, 2019**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE