# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DERRICK WHEATEN,

          Plaintiff,

   v.

KNOLL, et al.,

          Defendants.

**Case No. 1:18-cv-00885-JLT (PC)**

**ORDER VACATING ORDER FOR PLAINTIFF TO SUBMIT ADDITONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS ON M. CAPOCCIAMA**

**(Docs. 28, 29)**

On April 24, 2019, the U.S. Marshal returned the unexecuted summons for Defendant M. Capocciama. (Docs. 21.) The Marshal reportedly received information that this Defendant no longer works for the Federal Board of Prisons, that no forwarding information, neither a full name nor identifiers were provided, and that this Defendant was unable to be located. (*Id.*) Thus, the Court gave Plaintiff opportunity to provide all additional information that he believes might assist in identifying and/or locating this Defendant. (Doc. 28.) On July 2, 2019, the U.S. Marshal filed an executed waiver of service from this Defendant. (Doc. 29.) Thus, additional information for service is no longer needed.

/ / /

/ / /

/ / /

/ /

Accordingly, the order that issued on June 27, 2019 (Doc. 28), for Plaintiff to provide additional information as to where Defendant M. Capocciama may be located and/or to assist in the identification is VACATED.

IT IS SO ORDERED.

Dated:   **July 8, 2019**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE