# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK WHEATEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KNOLL, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00885-AWI-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>(Doc. 31) |

Defendants filed a motion requesting an extension of time up to and including August 5, 2019 to respond to Plaintiff's Complaint. (Doc. 31.) The Court finds good cause to grant this extension. Accordingly, the deadline for Defendants to file a response to the Complaint is hereby extended to August 5, 2019.

IT IS SO ORDERED.

　　Dated: __**July 11, 2019**__　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1