1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    DERRICK WHEATEN,                          Case No.: 1:18-cv-00885-AWI-JLT (PC)

12                 Plaintiff,                   **ORDER SHORTENING TIME FOR
                                                DEFENDANTS TO FILE A RESPONSE TO
13           v.                                 PLAINTIFF'S MOTION TO COMPEL AND
                                                VACATING DEADLINE FOR PLAINTIFF
14    KNOLL, et al.,                            TO FILE AN OPPOSITION TO
                                                DEFENDANTS' MOTION FOR SUMMARY
15                 Defendants.                  JUDGMENT**

16

17           Defendants' motion for summary judgment is pending before the Court. (Doc. 35.)

18    Plaintiff filed an opposition, (Docs. 38-40), and Defendants filed a reply, (Doc. 41). On

19    September 3, 2019, the Court granted Plaintiff's request to postpone consideration of the MSJ and

20    allow discovery by both parties regarding the "authenticity of the SENTRY documents submitted

21    and the procedures the defendants were obligated to follow if the plaintiff provided them

22    documentation that differed from the entries in SENTRY." (Doc. 43 at 2-3.) The Court granted

23    Plaintiff until December 15, 2019, to file a new opposition if he "discovers evidence he feels is

24    relevant to establish a triable issue of fact to defeat" the MSJ. (*Id.* at 3.)

25           On November 22, 2019, Plaintiff filed a motion to compel Defendants' response to his

26    requests for production, interrogatories, and requests for admission. (Doc. 55.) The Court entered

27    the motion in the CM/ECF system on November 26. Plaintiff alleges that Defendants have failed

28    to respond to any of his discovery requests within the time authorized by the Federal Rules of

Civil Procedure. (*See id.* at 1.)

Per Local Rule 230(l), Defendants have 21 days from the date of service of Plaintiff's motion to file an opposition or statement of non-opposition. Because the deadline for Plaintiff to file a new opposition to Defendants' MSJ, if he chooses to file one, is before the deadline for Defendants to file an opposition to Plaintiff's motion to compel, the Court finds it prudent to adjust the relevant deadlines. Accordingly, the Court **ORDERS**:

1. Defendants shall file an opposition or statement of non-opposition to Plaintiff's motion to compel, (Doc. 55), by **December 9, 2019**;

2. The deadline for Plaintiff to file a new opposition, if any, to Defendants' motion for summary judgment, (Doc. 35), is **January 13, 2020**.

IT IS SO ORDERED.

Dated:   __December 2, 2019__          _____ **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE