# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK WHEATEN, <br><br> Plaintiff, <br><br> v. <br><br> KNOLL, et al., <br><br> Defendants. | Case No.: 1:18-cv-00885-AWI-JLT (PC) <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL** <br><br> (Doc. 55) |

On November 22, 2019, Plaintiff filed a motion to compel Defendants' responses to his interrogatories, requests for production, and requests for admission. (Doc. 55.) Plaintiff alleges that Defendants failed to respond to these discovery requests. (*Id.*) Defendants filed an opposition on December 2, 2019, in which they provide copies of certificates of service showing they served the responses on November 14, 2019. (Doc. 57.) Plaintiff has not filed a reply, and the time to do so has passed. *See* Local Rule 230(l). Notably, Plaintiff cites Defendants' responses to his discovery requests in his opposition to Defendants' motion for summary judgment, impliedly admitting that he received the responses. (*See* Docs. 58-59.)

///
///
///
///

1 | For these reasons, the Court DENIES Plaintiff's motion as moot.

IT IS SO ORDERED.

Dated: **December 27, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE